HAYES, Respondent, v. KINSMAN, Appellant.

### No. 8179; April 10, 1883.

**Appeal—Judgment-roll—Sufficiency of Complaint.**—On appeal from a judgment, brought up on the judgment-roll, if the complaint states facts sufficient to constitute a cause of action and the findings support the judgment, the latter is not to be disturbed.

APPEAL from Superior Court, San Francisco.

Moses G. Cobb for appellant; William H. H. Hart for respondent.

By the COURT.—This is an appeal from a judgment, and the record before us consists of the judgment-roll alone. If the complaint states facts sufficient to constitute a cause of action, and the findings of the court support the judgment, we cannot disturb it. The court found upon all the issues in favor of the plaintiff, and we are satisfied that the findings support the judgment. The complaint, in our opinion, states facts sufficient to constitute a cause of action.

Judgment affirmed.